UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karol Krier,

Plaintiff,

v.

Wyeth-Ayerst Laboratories and
American Home Products Corp.,

Defendants.

Civil 00-1584 JMR/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Aug 8, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

AUG 09 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-1584 JMR/AJB

Use this case number for all further filings.